1

2

3

4

# UNITED STATES DISTRICT COURT

5

## EASTERN DISTRICT OF CALIFORNIA

6

7    ALVERA DAILEY-HENRY,                    Case No.  1:24-cv-00347-KES-SKO

8              Plaintiff,                    **ORDER TO SHOW CAUSE FOR FAILURE
                                             TO OBEY AND FAILURE TO**
9        v.                                  **PROSECUTE**

10                                           (Docs. 16, 17)

11    LAND O'LAKE, INC,

12              Defendant.
      _____/

13

14        Plaintiff Alvera Dailey-Henry filed this case, on March 21, 2024, (Doc. 1), and now

15    proceeds *pro se*, (*see* Doc. 14, November 19, 2024 order granting attorney's motion to withdraw).

16    On April 25, 2025, Defendant filed two motions to compel Plaintiff's responses to written

17    discovery and appearance at a deposition.  (Docs. 16, 17).  The time for responding has now passed

18    and Plaintiff has not responded.

19        To manage its docket effectively, the court requires litigants to meet certain deadlines.  The

20    court may impose sanctions, including dismissing a case, for failure to comply with its orders or

21    local rules.  *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S.*

22    *Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir.

23    1988).  Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice

24    expeditiously and avoid needless burden for the parties.  *See Pagtalunan v. Galaza*, 291 F.3d 639,

25    642 (9th Cir. 2002); Fed. R. Civ. P. 1.

26        As this is the first time Plaintiff has been served with a motion since her attorney withdrew,

27    Plaintiff will be given one final opportunity to respond.  Accordingly, IT IS HEREBY ORDERED

28    that Plaintiff shall have until May 26, 2025 to respond to Defendant's motions to compel.  *See*

*Ysaguirre v. Rodriguez*, No. 2:23-cv-00327-DAC-AC (July 17, 2024 E.D. Cal.) (Doc. 20). However, failure to respond will be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions, up to and including a recommendation that this case be dismissed for failure to prosecute. *See* L.R. 230(l); *Rogers v. Bonta*, No. 222CV314TLNKJNPS, 2022 WL 2719185, at *2 (E.D. Cal. July 13, 2022). **Should Plaintiff wish to continue with this lawsuit, she shall file, by May 26, 2025, an opposition or statement of non-opposition to Defendant's motion.**

The Court DIRECTS the Clerk to send a copy of this Order to Plaintiff at her address listed on the docket for this matter.

IT IS SO ORDERED.

Dated:   **May 14, 2025**                                    /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE