UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVERA DAILEY-HENRY,<br><br>Plaintiff,<br><br>v.<br><br>LAND O'LAKES, INC,<br><br>Defendant. | No. 1:24-cv-00347-KES-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS WITH PREJUDICE FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE<br><br>Docs. 16, 17, 18, 19, 20 |

Plaintiff Alvera Dailey-Henry filed this case in state court on February 13, 2024. Doc. 2-2. On March 21, 2024, defendant removed the action to this court. Doc. 1. Plaintiff proceeds pro se in this action. Doc. 14. On April 25, 2025, defendant filed two motions to compel plaintiff's responses to written discovery and appearance at a deposition. Docs. 16, 17. Plaintiff did not timely respond.

On May 14, 2025, an order issued for plaintiff to show cause for the failure to respond and required plaintiff to respond by May 26, 2025. *See* Doc. 19. Plaintiff was warned in the order to show cause that failure to comply with the Court's order would "be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions, up to and

including a recommendation that this case be dismissed for failure to prosecute." *Id.* at 2. Plaintiff again did not respond.

On May 30, 2025, the assigned magistrate issued findings and a recommendation that the case be dismissed for failure to comply with the Court's orders and failure to prosecute. Doc. 20. In coming to the recommendation that the case be dismissed for failure to prosecute, the magistrate weighed the relevant factors and concluded that all factors weighed in favor of dismissal. *Id.* Plaintiff was granted twenty-one (21) days to file objections to the findings and recommendation. *Id.* No objections have been filed, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of the case. Having carefully reviewed the file, the Court concludes that the findings and recommendation are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendation issued May 30, 2025, Doc. 20, are ADOPTED IN FULL;
2. This action is DISMISSED with prejudice for plaintiff's failure to obey a court order and failure to prosecute this action;
3. Defendant's pending motions to compel and request for a status conference, Docs. 16–18, are denied as moot.
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   June 26, 2025

_____
UNITED STATES DISTRICT JUDGE